No. 19-1165

---

IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA

---

STATE OF NEW YORK, et al.
Petitioners,

v.

UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, et al.
Respondents.

---

NOTICE OF SUBSTITUTION OF COUNSEL

---

Please take notice that Alice R. Baker, Assistant Corporation Counsel, provides notice of her appearance as counsel for the City of New York, replacing Christopher G. King who is no longer with the New York City Corporation Counsel's Office. Alice R. Baker will serve as counsel of record for the City of New York, and hereby requests copies of all further pleadings, filings, or other documents related to this matter be served upon her.

Respectfully submitted,

Dated: June 10, 2026

STEVEN BANKS
Corporation Counsel

/s/ Alice R. Baker
ALICE R. BAKER
Assistant Corporation Counsel
100 Church Street
New York, New York 10007
Tel. 212.356.2314
albaker@law.nyc.gov

1

## CERTIFICATE OF SERVICE

I hereby certify that on the 10th day of June, 2026, I electronically filed the above document with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all registered participants as identified in the CM/ECF electronic filing system for this matter.

Dated: June 10, 2026                    /s/ Alice R. Baler_____
                                        ALICE R. BAKER
                                        Assistant Corporation Counsel