ORAL ARGUMENT HELD OCTOBER 8, 2020

**IN THE UNITED STATES COURT OF APPEALS FOR THE DISTRICT OF COLUMBIA CIRCUIT**

| | |
|---|---|
| AMERICAN LUNG ASSOCIATION, et al.,<br><br>Petitioners,<br><br>v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, et al.,<br><br>Respondents. | Case No. 19-1140 (and consolidated cases) |

**Notice of Withdrawal of Counsel**

Please take notice that Michael J. Myers hereby withdraws as counsel of record for the State of New York in these consolidated cases. New York will continue to be represented by the other attorneys listed in the signature block below.

November 25, 2026

**STATE OF NEW YORK**

LETITIA JAMES
ATTORNEY GENERAL

BARBARA D. UNDERWOOD
Solicitor General
JUDITH N. VALE
Deputy Solicitor General
MATTHEW WILLIAM GRIECO
Senior Assistant Solicitor General

*/s/ Michael J. Myers*
MICHAEL J. MYERS
Senior Counsel for Air Pollution
and Climate Change Litigation
Environmental Protection Bureau
NYS Office of the Attorney General
The Capitol
Albany, NY 12224
(518) 776-2382
Michael.Myers@ag.ny.gov

CERTIFICATE OF SERVICE

I hereby certify that on the 25th day of November, 2026, I electronically filed the above document with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all registered participants as identified in the CM/ECF electronic filing system for this matter.

*/s/ Michael J. Myers*

MICHAEL J. MYERS
Senior Counsel